# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAWN M. CAWVEY,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil No.  17-cv-473 JPG/CJP<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Dawn M. Cawvey and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

    DATED: February 22, 2018

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY: s/Tina Gray**
                                                    **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**